DOC NO
REC'D/FILED
2017 DEC 13 PM 3:44
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Notice of Appeal

JAMES EDWARD GRANT
V.
JEFFERY GILL

(12) No. 14-CV-436-JDP

## Facts

On or about 13 December 2017 a jury found in favor of Mr. Gill. Grant now seeks to appeal the decision of the jury.

This should be published.

JAMES EDWARD GRANT
13 December 2017

Distribution:
Ann M. Peacock - Asst. Attorney General
Karl R. Hinson - Asst. Attorney General