IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES EDWARD GRANT,

    Plaintiff,

v.

JEFFERY GILL, JOSEPH BEAHM,
JESSE SCHNEIDER, BRIAN GREFF,
GABRIEL UMENTUM, DEREK SCHOUTEN,
MICHAEL J. LUNDE, LUKAS MARWITZ,
TODD OLIG, JUSTEN KITZMAN,
TONY MELI and AARON BEDKER,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-436-jdp

This action came before the court and a jury for consideration with District Judge James D. Peterson presiding. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that judgment is entered:

(1) in favor of defendant Jeffrey Gill in accordance with the jury's verdict; and

(2) granting summary judgment in favor of defendants Joseph Beahm, Jesse Schneider, Brian Greff, Gabriel Umentum, Derek Schouten, Michael J. Lunde, Lukas Marwitz, Todd Olig, Justen Kitzman, Tony Meli and Aaron Bedker and dismissing this case.

Approved as to form this 21ST day of December, 2017.

_____
James D. Peterson
District Judge

_____       12/21/17
Peter Oppeneer, Clerk of Court      Date